# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| ) | |
| v.     ) | Criminal No. 19-0003 (ESH) |
| ) | |
| JESSE TYRONE SMITH,     ) | |
| ) | |
| Defendant.     ) | |
| ) | |

## ORDER

In a hearing before Magistrate Judge Harvey on February 12, 2019, defendant Jesse Tyrone Smith entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

ELLEN SEGAL HUVELLE
United States District Judge

Date: March 13, 2019